# COHENMILSTEIN

S. Douglas Bunch
(202) 408-4600
dbunch@cohenmilstein.com

January 25, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/18
```

**VIA FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl St., Suite 1040
New York, NY 10007

    Re:   *In re Ability, Inc. Sec. Litig.*, No. 16-cv-03893 (VM)

Dear Judge Marrero:

    Counsel for the parties in the above-referenced action jointly submit this letter to update the Court on the status of the parties' settlement.

    By letter dated December 22, 2017, the parties informed the Court that they had entered into a Memorandum of Understanding to settle all of the claims in this action, pending approval by the Court. The parties further informed the Court that they were in the process of fully documenting the terms of the settlement and intended to use their best efforts to submit a stipulation of settlement, together with its exhibits, within thirty days. That same day, in response to the parties' request, the Court stayed all schedules and deadlines in the action pending effectuation of the settlement (Dkt. 65).

    We write today to update the Court on the parties' progress. Although the parties fully expect to reach agreement on the terms of the settlement, the documentation process has taken longer than expected given intervening holidays and the number of parties involved. At present, the parties anticipate being able to file a stipulation of settlement, together with exhibits, within the next three weeks, and will continue to keep the Court apprised.

**COHENMILSTEIN**

The Honorable Victor Marrero
January 25, 2018
Page Two

The parties thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ S. Douglas Bunch*

S. Douglas Bunch
Cohen Milstein Sellers & Toll PLLC
Attorneys for Co-Lead Plaintiffs

*/s/ Jason P. Gottlieb /SJB*

Jason P. Gottlieb
Morrison Cohen LLP
Attorneys for Defendant Ability, Inc.
 (on behalf of all Defendants)

cc: Counsel of record (via email)

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by _the parties_.

**SO ORDERED.**

1-25-18
DATE       VICTOR MARRERO, U.S.D.J.