UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
IN RE ABILITY INC.                         :
SECURITIES LITIGATION                      :    **ORDER**
                                           :
                                           :    16 Civ. 3893
                                           :
                                           :
------------------------------------------X
**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the preliminary approval conference for the above-captioned action before Judge Marrero, shall be held on May 18, 2018 at 4:15 p.m.

**SO ORDERED.**

Dated:    New York, New York
          1 May 2018

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/18