**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ABILITY INC. SECURITIES LITIGATION | CASE NO. 1:16-cv-03893 (VM) |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

TO: All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Providing for Notice of Proposed Settlement entered May 21, 2018, and upon (i) the Joint Declaration of S. Douglas Bunch and Kara M. Wolke in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (iii) all other papers and proceedings herein, Lead Plaintiffs, Amatrine L.P. and Theodore Zwicker, on behalf of themselves and the Class, will and hereby do move this Court, before the Honorable Victor Marrero, on September 14, 2018 at 4:00 p.m., in Courtroom 11B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, or at such other location and time as set by the Court, for entry of a Judgment approving the Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation as fair and reasonable.

Dated: August 10, 2018

**COHEN MILSTEIN SELLERS & TOLL PLLC**

      *s/ S. Douglas Bunch*
Daniel S. Sommers
S. Douglas Bunch
Elizabeth A. Aniskevich
Adam H. Farra
1100 New York Ave., N.W., Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
eaniskevich@cohenmilstein.com
afarra@cohenmilstein.com

*Counsel for Co-Lead Plaintiff Amatrine L.P. and Co-Lead Counsel for the Class*

Jacob Sabo
**LAW OFFICE OF JACOB SABO**
#3 Daniel Frisch St. / 24th Floor
Tel-Aviv, Israel 64731
Tel.:  03-7161555
Fax:  03-7161556

*Additional Attorney for Co-Lead Plaintiff Amatrine L.P.*

**GLANCY PRONGAY & MURRAY LLP**

      *s/ Kara M. Wolke*
Kara M. Wolke
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: kwolke@glancylaw.com

*Counsel for Co-Lead Plaintiff Theodore Zwicker and Co-Lead Counsel for the Class*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On August 10, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 10, 2018.


*s/ Kara M. Wolke*
Kara M. Wolke

# Mailing Information for a Case 1:16-cv-03893-VM In re Ability, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Anne Aniskevich**
  eaniskevich@cohenmilstein.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Elaine Chang**
  echang@glancylaw.com

- **John H. Eickemeyer**
  jeickemeyer@vedderprice.com,ecfnydocket@vedderprice.com,docketing-6992@ecf.pacerpro.com,john-eickemeyer-0088@ecf.pacerpro.com

- **Edward Paul Gilbert**
  egilbert@morrisoncohen.com,courtnotices@morrisoncohen.com

- **Jason P. Gottlieb**
  jgottlieb@morrisoncohen.com,courtnotices@morrisoncohen.com

- **Daniel Cahen Isaacs**
  disaacs@morrisoncohen.com,courtnotices@morrisoncohen.com

- **Scott J. Link**
  scott@linkrocklaw.com,tina@linkrocklaw.com,linda@linkrocklaw.com

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com,echang@glancylaw.com,JCohen@glancylaw.com

- **Kara Berard Rockenbach**
  kara@linkrocklaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Marc Brett Schlesinger**
  mschlesinger@vedderprice.com,marc-schlesinger-5894@ecf.pacerpro.com,ecfnydocket@vedderprice.com,docketing-6992@ecf.pacerpro.com

- **Daniel Stephen Sommers**
  dsommers@cohenmilstein.com,afarra@cohenmilstein.com,efilings@cohenmilstein.com

- **Kara M. Wolke**
  kwolke@glancylaw.com,info@glancylaw.com,kara-wolke-0535@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`