# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Ability Inc. Securities Litigation,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV 3893 ( VM )( )

-against-

**NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Brian Levy

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☐ order entered on: September 17, 2018

(date that judgment or order was entered on docket)

that: denied the objection of Brian Levy, approved the settlement of the captioned class action and dismissed the action with prejudice.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| 9/17/18 | /s/ Richard B. Brualdi |
|---|---|
| Dated | Signature* |
| Brualdi, Richard B. | |
| Name (Last, First, MI) | |
| 29 Broadway, Suite 2400 | New York    NY    10006 |
| Address | City    State    Zip Code |
| (212) 952-0602 | rbrualdi@brualdilawfirm.com |
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13